The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW CRAIG NEUMANN,<br><br>    Plaintiff,<br><br>v.<br><br>BOEING COMPANY,<br><br>    Defendant.; | Case No. C08-1736-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This case was consolidated with C08-1601 on April 21, 2009. (Dkt. No. 18.) The Court ruled on Defendant's Motion for Summary Judgment (Dkt. No. 19) under case number C08-1601 on February 9, 2010. Accordingly the motion is STRICKEN as MOOT.

DATED this 17th day of February, 2010.

BRUCE RIFKIN, Clerk of Court

By    /s/ *K.V. Lawrence*
        Deputy Clerk

MINUTE ORDER
PAGE - 1